THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENISE M. TALLMAN, Appellant.

Submitted October 29, 2012; decided November 19, 2012

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAVELL CRAIG TYRELL, Appellant.

Submitted November 5, 2012; decided November 19, 2012

Motions for assignment of counsel granted and Steven Banks, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL D. WELLS, Appellant.

Submitted November 5, 2012; decided November 19, 2012

TIMOTHY A. ROULAN, Appellant, v COUNTY OF ONONDAGA et al., Respondents.

Submitted November 5, 2012; decided November 19, 2012

Motion by New York State Defenders Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.